**Order entered June 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00309-CV

## DOROTHY ROBERSON, Appellant

## V.

## VILLAS TENISON PARK, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01000-D**

## ORDER

On May 29, 2018, after being informed by court reporter Coral L. Wahlen that no party had requested the reporter's record be prepared, we directed appellant to file written verification she had requested the record. We cautioned appellant that failure to comply within ten days could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). To date, appellant has not complied. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant's brief be filed no later than July 30, 2018.

/s/     DAVID EVANS
          JUSTICE